## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BENJAMIN ST. PIERRE** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| **UP EQUIP INC. and EASY LIFT SRL** | * | **MAGISTRATE** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### PETITION FOR REMOVAL

**NOW INTO COURT**, through undersigned counsel, come**s** Defendant, Easy Lift SRL ("Easy Lift") and states:

1.

This action has been brought in the 23rd Judicial District Court for the Parish of St. James, State of Louisiana by the service of a Petition for Damages and a Citation on Easy Lift. The action was brought in the 23rd Judicial District Court for the Parish of St. James bearing Suit No. 40123, Section B, and is entitled *Benjamin St. Pierre versus Up Equip Inc and Easylift SRL.*

2.

This action is a civil action brought by the Plaintiff, Benjamin St. Pierre ("Plaintiff"), seeking to recover damages for personal injuries he sustained on or about January 22, 2020 and for the purchase price of the machine, including taxes and financing costs.

3.

This Court has diversity jurisdiction over this matter under 28 U.S.C. § 1332 since this action involves a controversy which is wholly between citizens of foreign countries. Plaintiff, Benjamin St. Pierre, is a citizen of Louisiana. Easy Lift is a foreign company, whose principal

place of business is the Republic of Italy. Co-Defendant, Up Equip Inc, is a foreign company, whose principal place of business in Canada.

4.

Inasmuch as the Plaintiff seeks a money judgment, but this State's practices do not permit demand for a specific sum, Easy Lift asserts that the amount in controversy exceeds $75,000.00, exclusive of interest and costs, on the grounds that Plaintiff alleges in Paragraph 4 of his Petition that the sales price of $66,000.00 was financed and he "incurred and is incurring substantial finance charges," and in paragraph 7 of his Petition, Plaintiff states that he suffered a broken jaw and other injuries.

5.

By his signature below, undersigned counsel confirms that all defendants do join in and consent to the removal of this action from the 23rd Judicial District Court for the Parish of St. James to the United States Court for the Eastern District of Louisiana.

6.

Service of process via Long Arm Statute of the Plaintiff's Petition was effected on Easy Lift on February 8, 2021, and therefore this Removal is effected in less than the thirty (30) days provided by law.

7.

Simultaneously with the filing of this Petition, written notice of removal is being given to all adverse parties and a copy of this Petition and a Notice of Removal is or will be filed with the Clerk of Court for the 23rd Judicial District Court for the Parish of St. James, State of Louisiana, to effect a removal of this civil action to this Honorable Court, as provided by law.

8.

Defendant, Easy Lift SRL does not by this Petition waive and expressly reserves the right to contest the personal jurisdiction of this or any state or federal court over it in the United States of America.

**WHEREFORE,** the Defendant, Easy Lift SRL, prays that this Petition for Removal be accepted as good and sufficient, that the aforesaid civil action be removed from the 23rd Judicial District Court for the Parish of St. James, State of Louisiana, to this Honorable Court for trial and determination as provided by law, and that this Court enter such Orders and issues such process as may be proper to bring before it copies of all records and proceedings of such civil action from the 23rd Judicial District Court for the Parish of St. James, State of Louisiana, and thereupon proceed with this civil action as if it had been originally commenced in this Court.

Respectfully submitted,

**WAGAR HICKMAN, LLC**

BY: *s/ Nelson W. Wagar, III*
    **NELSON W. WAGAR, III, T.A. (#13136)**
    **SARAH W. HICKMAN (#35823)**
    1425 West Causeway Approach
    Mandeville, Louisiana 70471
    Telephone (985) 888-8740
    Facsimile (985) 888-8792
    cwagar@wagarhickman.com
    shickman@wagarhickman.com
    ***Attorneys for Defendant, Easy Lift SRL***

-4-

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of March, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to persons electronically noticed. I further certify that I sent via electronic mail, facsimile, and/or U.S. Mail the foregoing document and the notice of electronic filing of any non-CM/ECF participant.

*s/ Nelson W. Wagar, III*
**NELSON W. WAGAR, III**
