UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BENJAMIN ST. PIERRE** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| **UP EQUIP INC. and EASY LIFT SRL** | * | **MAGISTRATE** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**CERTIFICATE OF FILING OF STATE COURT RECORD**

Pursuant to the provisions of 28 U.S.C. § 1447 (b), copies of the foregoing pleadings in the state court proceeding entitled *Benjamin St. Pierre versus Up Equip Inc and EasyLift SRL,* bearing number No. 40123, Section B, pending in the 23rd Judicial District Court for the Parish of St. James, State of Louisiana, are hereby submitted for filing into the record of these proceedings:

1. Civil Case Cover Sheet;

2. Petition;

3. Citation (Long Arm) to Up Equip Inc;

4. Citation (Long Arm) to Easy Lift SRL;

5. Motion for an Extension of Time; and

6. Order Granting Motion for an Extension of Time.

Respectfully submitted,

**WAGAR HICKMAN, LLC**

BY: *s/ Nelson W. Wagar, III*
    **NELSON W. WAGAR, III, T.A. (#13136)**
    **SARAH W. HICKMAN (#35823)**
    1425 West Causeway Approach
    Mandeville, Louisiana 70471
    Telephone (985) 888-8740
    Facsimile (985) 888-8792
    cwagar@wagarhickman.com
    shickman@wagarhickman.com
    ***Attorneys for Defendant, Easy Lift SRL***

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to persons electronically noticed. I further certify that I sent via electronic mail, facsimile, and/or U.S. Mail the foregoing document and the notice of electronic filing of any non-CM/ECF participant.

    *s/ Nelson W. Wagar, III*
    **NELSON W. WAGAR, III**

St James, LA
**Shane M. LeBlanc Clerk of Court**
PO Box 63
5800 Highway 44
Convent, LA 70723
Phone Number : (225) 562-2270

**Official Receipt :** 2021-00000741

**Printed On :** 03/03/2021   at 8:24:22 AM                             **By :** 142   **on** DESKTOP-T936GAU

**Customer :**
WAGAR HICKMAN LLC
1590 WEST CAUSEWAY APPROACH SUITE 2
MANDEVILLE, LA  70471

**Date Recorded :** March 03, 2021

| Instrument ID | Recorded Time | Amount |
|---|---|---|
|  | 8:24:01 AM | $10.00 |

**Transaction :**  COPIES
Remarks : COPY OF FILE BENJAMIN ST. PIERRE VERSUS UP EQUIP INC.

| Accounts | Amount |
|---|---|
| Copies | $10.00 |

**Itemized Check Listing**

Check Number : 1549                                                                                       $10.00

|  |  |
|---|---|
| Total Due : | $10.00 |
| Paid by Check : | $10.00 |
| Change Tendered : | $0.00 |

HAVE A NICE DAY

Page 1 of 1

# LOUISIANA CIVIL CASE REPORTING
## Civil Case Cover Sheet - LA. R.S. 13:4688 and
## Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

*FILED FOR RECORD
ST. JAMES PARISH, LA
2020 OCT 15 PM 1:36
[signature]
CLERK OF COURT
BY:_____*

**Suit Caption:**

Benjamin St. Pierre     vs.     UP Equip Inc. and Easylift SRL

**SECTION B**

Court: 23rd Judical Court          Docket Number: 40123

Parish of Filing: St. James         Filing Date: OCT 1 5 2020

Name of Lead Petitioner's Attorney: Martin K. Maley, Sr.

Name of Self-Represented Litigant: _____

Number of named petitioners: 1          Number of named defendants: 2

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- [ ] Auto: Personal Injury
- [ ] Auto: Property Damage
- [ ] Auto: Wrongful Death
- [ ] Auto: Uninsured Motorist
- [ ] Asbestos: Property Damage
- [ ] Asbestos: Personal Injury/Death
- [x] Product Liability
- [ ] Premise Liability
- [ ] Intentional Bodily Injury
- [ ] Intentional Property Damage
- [ ] Intentional Wrongful Death
- [ ] Unfair Business Practice
- [ ] Business Tort
- [ ] Fraud
- [ ] Defamation
- [ ] Professional Negligence
- [ ] Environmental Tort
- [ ] Medical Malpractice
- [ ] Intellectual Property
- [ ] Toxic Tort
- [ ] Legal Malpractice
- [x] Other Tort (describe below)
- [ ] Other Professional Malpractice
- [ ] Redhibition
- [ ] Maritime
- [ ] Class action (nature of case)
- [ ] Wrongful Death      'Machine malfunctioned causing injury to Plaintiff
- [ ] General Negligence

**Please briefly describe the nature of the litigation in one sentence of additional detail:**

Plaintiff purchased a man-lift, which malfunctioned, causing injury to Plaintiff, along with bad faith on the Defendants regarding the sale and failure to compensate this significant loss to the Plaintiff.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name: Martin K. Maley, Sr.          Signature: [signature]

Address: P.O. Box 3154, Baton Rouge, LA 70821

Phone number: 225-346-6781          E-mail address: mkmaley@eatel.net

BENJAMIN ST. PIERRE

VERSUS

UP EQUIP INC AND
EASYLIFT SRL

NUMBER: 40123

23RD JUDICIAL DISTRICT COURT

PARISH OF ST. JAMES

STATE OF LOUISIANA

FILED FOR RECORD
ST. JAMES PARISH, LA
DIVISION:
2020 OCT 15 PM 1:36
CLERK OF COURT
BY: _____

SECTION B

OCT 15 2020

**PETITION**

NOW INTO COURT, comes **BENJAMIN ST.PIERRE**, a Louisiana resident domiciled in the parish of St. James who with respect represents the following:

1.

Named as defendants herein are **UP EQUIP INC**, a Canadian business entity and **EASYLIFT SRL**, a business entity of the Republic of Italy. Both Canada and Italy are signatories of the Hague Convention on Service of Process and can be served pursuant thereto.

2.

Defendants regularly do business in the State of Louisiana. **EASYLIFT SRL** makes manlift equipment which is regularly marketed and sold all over the United States, including the State of Louisiana and **UP EQUIP INC** is the exclusive dealer of products made by EASYLIFT SRL in North America. **EASYLIFT SRL** made equipment is available for sale in Louisiana in that it can be ordered from **UP EQUIP INC** and **UP EQUIP INC** is permitted to sell directly to customers in the United States through trade agreements.

3.

In August, 2019 Plaintiff ordered an **EASYLIFT SRL** manufactured man-lift from **UP EQUIP INC** for use in his business as a licensed arborist. The man-lift was delivered to Plaintiff at his business in St. James Parish in October of 2019.

4.

The equipment ordered was a man-lift with the model number 59-30AJ. It consisted or an aerial bucket riding on a small tracked vehicle. The price was $66,000. The sales price was financed and Plaintiff incurred and is incurring substantial finance charges for the purchase price.

5.

The man-lift device purchased by Plaintiff uses outriggers and a balancing system to stabilize the machine when the bucket is being used to work at an elevated location.

6.

The man-lift initially appeared to function as represented however on January 22, 2020 while working at Raceland Elementary School in the Parish of Lafourche the machine suddenly and without warning turned over, dropping Plaintiff to the ground.

7.

Plaintiff suffered a broken jaw and other injuries when the man-lift dropped Plaintiff to the ground.

8.

Plaintiff immediately contacted **UP EQUIP INC** and **UP EQUIP INC** sent a truck to pick up the equipment from Plaintiff. **UP EQUIP INC** has neither returned the equipment, nor repaired or replaced the equipment.

9.

The fact that the equipment will turn over during normal use makes the equipment completely unsuitable for the purpose for which it was purchased, which is to provide a safe platform from which to prune and trip trees.

10.

The man-lift is also defective in design or manufacture and does not perform as warranted in that it is represented and warranted to provide a safe working environment so that work can be performed at an elevated location and in truth and in fact as built and/or as designed it does not do so.

11.

Plaintiff has tendered the man-lift to defendant **UP EQUIP INC** as the seller and through **UP EQUIP INC** to **EASYLIFT SRL** and the machine has not been repaired or replaced and same is therefore unfit for the purpose for which it was purchased and defective within the meaning of the Louisiana Product Liability Act.

12.

Both **UP EQUIP INC** as importer and **EASYLIFT SRL** as manufacturer are under the law bad faith sellers because they are presumed to know the vices and defects in the machine sold to Plaintiff and Plaintiff is entitled to rescind the sale of the machine including a return of the financing costs and attorney fees and costs. Plaintiff is also entitled to damages for his personal injuries. In addition Plaintiff has had to lease other equipment and has as additional

damages incurred the cost of the leased equipment while having to continue to pay the notes on the purchase price of the defective man-lift.

Wherefore Plaintiff prays for the following relief;

1. The return of his purchase price and sale and litigation expenses including taxes, financing costs, costs of litigation and attorney's fees.

2. Damages for the loss of use of the machine he purchased including the cost of the rental of alternative equipment.

3. Damages such as are reasonable and proper for the injuries he suffered,

4. Legal interest and costs of court as allowed by law and any other relief to which the facts may show that he is entitled.

Respectfully Submitted:

_____
Martin K. Maley (20933)
MALEY LAW FIRM
4707 Bluebonnet Blvd., Suite B
Baton Rouge, Louisiana 70809
Telephone: 225-346-6781
Facsimile: 225-346-6788
Email: mkmaley@eatel.net

Stephen M. Irving (07170)
**STEVE IRVING, L.L.C.**
111 Founders Drive, Suite 700
Baton Rouge, Louisiana 70810
Telephone: (225) 752-2688
Facsimile: (225) 752-2663
Email: steve@steveirvingllc.com

**PLEASE SERVE:**

UP EQUIP INC
229 Calixa Lavallee`
Vercheres, QC, Canada J0L 2R0
**Pursuant to the Hague Convention on Service of Process**

And

EASYLIFT SRL
Via Leonardo da Vinci, 22 - Brescello 42041 - Reggio Emilia - Italy
Tel. +39 0522 967620 Fax +39 0522 961873
**Pursuant to the Hague Convention on Service of Process**

## CITATION (LONG ARM)

**BENJAMIN ST. PIERRE**

Versus

**UP EQUIP INC., ET AL**



Case: 00040123
Division: B
23rd Judicial District Court
Parish of St. James
State of Louisiana

TO:
UP EQUIP INC.
229 CALIXA LAVALLEE'
VERCHERES
CANADA, JOL 2R0

YOU ARE HEREBY SUMMONED to comply with the demand contained in the accompanying FOR DAMAGES or to file your answer thereto, in writing, with the Clerk of the Twenty-third Judicial District Court of the State of Louisiana, in and for the Parish of St. James, at his office in the Courthouse in the Parish and State aforesaid, within THIRTY (30) DAYS after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of the 23rd Judicial District in and for the Parish of St. James, State of Louisiana, this 15TH day of OCTOBER, 2020.

Shane M. LeBlanc
Clerk of Court
P.O. Box 63
Convent, LA. 70723
225-562-2270 (TEL.)
225-562-2383 (FAX)

BY:_____
Deputy Clerk of Court

[ FILE COPY ]

# CITATION (LONG ARM)

**BENJAMIN ST. PIERRE**

*Versus*

**UP EQUIP INC., ET AL**



Case: 00040123
Division: B
23rd Judicial District Court
Parish of St. James
State of Louisiana

TO:
EASYLIFT SRL
VIA LEONARDO DA VINCI
22- BRESCELLO 42041
REGGIO EMILIA - ITALY

YOU ARE HEREBY SUMMONED to comply with the demand contained in the accompanying FOR DAMAGES or to file your answer thereto, in writing, with the Clerk of the Twenty-third Judicial District Court of the State of Louisiana, in and for the Parish of St. James, at his office in the Courthouse in the Parish and State aforesaid, within THIRTY (30) DAYS after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS the Honorable Judges of the 23rd Judicial District in and for the Parish of St. James, State of Louisiana, this 15TH day of OCTOBER, 2020.

Shane M. LeBlanc
Clerk of Court
P.O. Box 63
Convent, LA. 70723
225-562-2270 (TEL.)
225-562-2383 (FAX)

BY:_____
Deputy Clerk of Court

[SERVICE COPY]

BENJAMIN ST. PIERRE     NUMBER: 40123    DIVISION: B

VERSUS                 23RD JUDICIAL DISTRICT COURT

UP EQUIP INC AND       PARISH OF ST. JAMES
EASYLIFT SRL             STATE OF LOUISIANA

*FILED FOR RECORD*
*ST. JAMES PARISH, LA*
*2021 JAN 22 PM 1:16*
*CLERK OF COURT*
*BY: _____*

**JAN 2 2 2021**

## MOTION FOR AN EXTENSION OF TIME

**NOW INTO COURT**, comes Plaintiff, **BENJAMIN ST. PIERRE**, who with respect represents the following:

1.

This is a product liability and redhibition case in which both defendants are corporations created under the laws of countries other than the United States. One defendant is a citizen of Canada and the other is a citizen of Italy.

2.

Service on the defendants must be made pursuant to the Hague Convention on Service of Process as the Plaintiff and both Defendants are citizens of countries which have signed the Hague Convention.

3.

Plaintiff has hired an international process server to prepare the pleadings for service and forward the pleadings to Canada and Italy to effect service of process.

4.

Plaintiff has attached two affidavits from the process server detailing the efforts to conclude the service of process. (Exhibit "A" and Exhibit "B")

5.

Plaintiff requested that the Clerk of Court issue pleadings for service under the Hague Convention for Service of Process in the original petition and the pleadings were in fact issued. Plaintiff believes this request meets the requirements of La. C.C. P. Art. 1201, that service be requested within 90 days of filing the suit, however, in an abundance of caution, Plaintiff moves that he be granted an additional six months to request service of process as a precaution in the

Wherefore Plaintiff moves that the Court grant him an additional six months from the entry of this order to request service of process on the defendants.

Respectfully Submitted:

_____
Martin K. Maley (20933)
MALEY LAW FIRM
4707 Bluebonnet Blvd., Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 346-6781
Facsimile: (225) 346-6788
Email: mkmaley@eatel.net


Stephen M. Irving (07170)
STEVE IRVING, L.L.C.
111 Founders Drive, Suite 700
Baton Rouge, Louisiana 70810
Telephone: (225) 752-2688
Facsimile: (225) 752-2663
Email: steve@steveirvingllc.com

BENJAMIN ST. PIERRE     NUMBER: 40123    DIVISION: B

FILED FOR RECORD
ST. JAMES PARISH, L
2021 FEB 11 PM 12:58
CLERK OF COURT
BY: _____

VERSUS     23ʳᴰ JUDICIAL DISTRICT COURT

UP EQUIP INC AND     PARISH OF ST. JAMES
EASYLIFT SRL     STATE OF LOUISIANA

## ORDER

**IT IS ORDERED** that Plaintiff's Motion For an Extension of Time, is hereby GRANTED.

**THUS, DONE AND SIGNED** this 11th day of February, 2021, in Convent, Louisiana.

_____
Judge, 23ʳᵈ Judicial District Court

Cody M. Martin
Judge - Division B
23rd Judicial District Court

23RD JUDICIAL COURT, PARISH OF ST. JAMES, STATE OF LOUISIANA.
CASE NUMBER: 00040123

BENJAMIN ST. PIERRE.

    Plaintiff,

UP EQUIP INC., ET AL.

    Defendant.

## AFFIDAVIT IN SUPPORT OF MOTION FOR EXTENSION OF TIME

**STATE OF FLORIDA**

**COUNTY OF MIAMI-DADE**

1. My name is Maria J. Gutierrez and I am the President of Judicial Process and Support, Inc.

2. Judicial Process and Support, Inc., is a process serving company authorized to serve service of process. Judicial Process and Support, Inc., has been in business since April 2000 and specializes in serving process internationally under The Hague Convention.

3. Martin K. Maley, Sr., Esq. retained our services to serve legal documents upon UP EQUIP INC.

4. Based on our experience the process under The Hague Convention for service to Canada could take from 6-12 months.

5. This affidavit is prepared and executed in anticipation that the attorney of record will need an extension of time.

_____  Date: 12-21-20
Maria J. Gutierrez, President of Judicial Process and Support, Inc.


EXHIBIT A

23RD JUDICIAL COURT, PARISH OF ST. JAMES, STATE OF LOUISIANA.
CASE NUMBER: 00040123

BENJAMIN ST. PIERRE.

Plaintiff,

UP EQUIP INC., ET AL.

Defendant.

_____/

**AFFIDAVIT IN SUPPORT OF MOTION FOR EXTENSION OF TIME**

**STATE OF FLORIDA**

**COUNTY OF MIAMI-DADE**

1. My name is Dylan R. Gutierrez and I am Business Development from the team of President of Judicial Process and Support, Inc.

2. Judicial Process and Support, Inc., is a process serving company authorized to serve service of process. Judicial Process and Support, Inc., has been in business since April 2000 and specializes in serving process internationally under The Hague Convention.

3. Martin K. Maley, Sr., Esq. retained our services to serve legal documents upon EASYLIFT SRL.

4. Based on our experience the process under The Hague Convention for service to Italy could take from 6-12 months.

5. This affidavit is prepared and executed in anticipation that the attorney of record will need an extension of time.

_____   Date: 1/6/21

Dylan R. Gutierrez, Business Development of Judicial Process and Support, Inc.

EXHIBIT B

BENJAMIN ST. PIERRE

FILED FOR RECORD
ST. JAMES PARISH, L
2021 FEB 11 PM 12:58
CLERK OF COURT
BY: _____

NUMBER: 40123   DIVISION: B

23RD JUDICIAL DISTRICT COURT

VERSUS

UP EQUIP INC AND
EASYLIFT SRL

PARISH OF ST. JAMES

STATE OF LOUISIANA

## ORDER

**IT IS ORDERED** that Plaintiff's Motion For an Extension of Time, is hereby GRANTED.

**THUS, DONE AND SIGNED** this 11th day of February, 2021, in Convent, Louisiana.

_____
Judge, 23rd Judicial District Court

Cody M. Martin
Judge - Division B
23rd Judicial District Court